|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| HARLAN ISKE, | Case No. 3:20-cv-00061-RFB-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| LOVELOCK CORRECTIONAL CENTER DENTAL, *et al.*, | |
| Defendants. | |

**I.  DISCUSSION**

On January 27, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1). On January 31, 2020, this Court issued an order denying Plaintiff's application to proceed *in forma pauperis* without prejudice to file a new application because Plaintiff's application had been incomplete. (ECF No. 3).

On February 4, 2020, Plaintiff filed a new application to proceed *in forma pauperis* which was also incomplete. (ECF No. 4). On February 5, 2020, this Court issued another order denying Plaintiff's application to proceed *in forma pauperis* without prejudice to file a new application because Plaintiff had not submitted all necessary pages of his application. (ECF No. 5). Specifically, Plaintiff had not submitted pages two and three of this Court's application form. On February 11, 2020, Plaintiff submitted another incomplete application to proceed *in forma pauperis*. (ECF No. 6).

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must submit a <u>fully complete application</u> to proceed *in forma pauperis* on this Court's approved form and attach an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff's application at ECF No. 6 is still missing page three</u>. As such, Plaintiff's *in forma pauperis* application (ECF No. 6) is denied without prejudice. Plaintiff will be granted <u>one further opportunity</u> to cure the deficiencies of his application

to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis*, he must file a <u>fully complete application to proceed *in forma pauperis*</u>, including all pages of the Court's application form. <u>If Plaintiff files another incomplete application to proceed *in forma pauperis*, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to file a fully complete application to proceed *in forma pauperis*</u>.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff is advised that this case will not be placed in line for screening until he files a fully complete application to proceed *in forma pauperis* and attaches both an inmate account statement for the past six months and a properly executed financial certificate or pays the full $400 filing fee.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is DENIED without prejudice to file a new and fully complete application.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to file a fully complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order,

dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1), but will not file it at this time.

DATED: February 14, 2020

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE