# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HARLAN ISKE,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>LOVELOCK CORRECTIONAL<br>CENTER DENTAL, *et al.*,<br><br>　　　　　　　　Defendants. | 3:20-cv-00061-RFB-CSD<br><br>**ORDER** |

On January 20, 2023, the court entered its Screening Order on Plaintiff's Third Amended Complaint, imposed a 90-day stay and referred this case to the Court's Inmate Early Mediation Program. (ECF No. 28.)

On January 24, 2023, the court received information via an undeliverable notice that Plaintiff was paroled. (ECF No. 29.) Plaintiff has not filed an updated address notification with the court informing the court of his current address.  The court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney.  Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  LR IA 3-1.

**IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the court within **fifteen (15) days** from the date of this order.

**IT IS FURTHER ORDERED** that the court will temporarily stay setting the Inmate Early Mediation Conference until the court receives Plaintiff's updated contact information.

**IT IS FURTHER ORDERED** that the 90-day stay is extended until after the Early Mediation Conference has been completed. Until the court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in discovery. Nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the court to do so.

DATED: March 21, 2023.



_____
UNITED STATES MAGISTRATE JUDGE